```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 10202
    JOE W FREELON JR
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-9451

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/24/2008 and was not confirmed.

     The case was dismissed without confirmation 10/20/2008.
------------------------------------------------------------------------------
 CREDITOR NAME            CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
 CHASE HOME FINANCE LLC   CURRENT MORTG         .00            .00            .00
 CHASE HOME FINANCE LLC   MORTGAGE ARRE    19014.80            .00            .00
 CHASE HOME FINANCE       MORTGAGE NOTI   NOT FILED            .00            .00
 CREDIT PROTECTION        UNSEC W/INTER   NOT FILED            .00            .00
 COMCAST                  NOTICE ONLY     NOT FILED            .00            .00
 JC PENNEY                UNSEC W/INTER   NOT FILED            .00            .00
 FFCC COLUMBUS INC        UNSEC W/INTER   NOT FILED            .00            .00
 ILLINOIS COLLECTION SE   UNSEC W/INTER   NOT FILED            .00            .00
 NICOR GAS                UNSEC W/INTER   NOT FILED            .00            .00
 CHASE HOME FINANCE LLC   MORTGAGE NOTI   NOT FILED            .00            .00
 CHASE HOME FINANCE LLC   CURRENT MORTG         .00            .00            .00
 CHASE HOME FINANCE LLC   SECURED NOT I         .00            .00            .00
 ZALUTSKY & PINSKI LTD    DEBTOR ATTY       1,654.00                      1,654.00
 TOM VAUGHN               TRUSTEE                                           128.33
 DEBTOR REFUND            REFUND                                            845.67

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
 TRUSTEE               2,628.00

 PRIORITY                                            .00
 SECURED                                             .00
 UNSECURED                                           .00
 ADMINISTRATIVE                                 1,654.00
 TRUSTEE COMPENSATION                             128.33
 DEBTOR REFUND                                    845.67
                      --------------        --------------
 TOTALS                2,628.00                 2,628.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/24/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 08 B 10202 JOE W FREELON JR